1  CARREA CHRISTOPHER JR.
   398 SOUTH MEADOWBROOK DRIVE #C
2  SAN DIEGO, CALIFORNIA
             92114
3
   PRO PER
4

**FILED**
AUG - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARREA CHRISTOPHER JR., ) <br> ) <br> PLAINTIFF, ) <br> ) <br> VS. ) <br> ) <br> SAN DIEGO COUNTY, ET AL.) <br> ) <br> DEFENDANTS. ) <br> _____) | CASE NO.: '08 CV 1415 H AJB <br><br> APPLICATION TO SUBMITT 150 PAGE COMPLAINT OF CIVIL RIGHTS |

THE PLAINTIFF, CARREA CHRISTOPHER JR REQUEST A COURT ORDER TO SUBMITT A COMPLAINT OF ONE HUNDRED FIFTY PAGES, DUE TO THE NUMEROUS DEFENDANT IN THE CIVIL RIGHTS COMPLAINT, IN THE INTREST OF JUSTICE. IT MUST ALSO BE NOTED THE PLAINTIFF IS A PRO PER LITIGANT.

DATED: AUGUST 1, 2008

RESPECTFULLY SUBMITTED,

BY: _____
      CARREA CHRISTOPHER JR.

CIVIL RIGHTS COMPLAINT    CARREA V. SAN DIEGO COUNTY ET AL.