CARREA CHRISTOPHER JR.
PLAINTIFF/PETITIONER/MOVANT'S NAME
398 SOUTH MEADOWBROOK DRIVE #C
PRISON NUMBER
SAN DIEGO, CALIFORNIA
            92114
PLACE OF CONFINEMENT

ADDRESS

**FILED**
AUG - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

# United States District Court
## Southern District Of California

CARREA CHRISTOPHER JR,
Plaintiff/Petitioner/Movant

v.

SAN DIEGO COUNTY, ET AL.,
Defendant/Respondent

Civil No. '08 CV 1415 H AJB
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, CARREA CHRISTOPHER JR. THE PLAINTIFF, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☐ Yes ☒ No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration _____
    Are you employed at the institution?           ☐ Yes ☐ No
    Do you receive any payment from the institution? ☐ Yes ☐ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]



CIV-67 (Rev. 9/97)

K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. april 30, 2007/ the plaintiff livwes with family and friends

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment        ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends       ☐ Yes ☒ No
   c. Pensions, annuities or life insurance                ☐ Yes ☒ No
   d. Disability or workers compensation                   ☐ Yes ☒ No
   e. Social Security, disability or other welfare         ☐ Yes ☒ No
   e. Gifts or inheritances                                ☐ Yes ☒ No
   f. Spousal or child support                             ☐ Yes ☒ No
   g. Any other sources                                    ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _____

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make: _____ Year: _____ Model: _____
   b. Is it financed? ☐ Yes  ☐ No
   c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. __NONE__

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____
   NONE

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _____
    NONE

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. _____
    THE PLAINTIFF LIVES WITH FAMILY AND FRIENDS

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

AUGUST 1, 2008
DATE                                              SIGNATURE OF APPLICANT